```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 08437
   JB WILLIAMS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6876

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/17/2006 and was confirmed 09/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
REGIONAL ACCEPTANCE CORP  SECURED          5434.43          254.01          680.65
REGIONAL ACCEPTANCE CORP  UNSECURED       NOT FILED            .00             .00
BALABAN FURNITURE         SECURED           304.00           11.34           85.79
BALABAN FURNITURE         UNSECURED          30.06             .00             .00
PORTFOLIO RECOVERY ASSOC  SECURED           168.00            6.53           41.90
ARONSON FURNITURE         SECURED          1008.00           39.57          163.10
AMERICAS FINANCIAL CHOIC  UNSECURED         711.80             .00             .00
ARONSON FURNITURE         UNSECURED         113.02             .00             .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED            .00             .00
BROTHER LOAN & FINANCE    UNSECURED        1238.41             .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED        7705.00             .00             .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED            .00             .00
PREMIER BANCARD CHARTER   UNSECURED         408.77             .00             .00
FIRST PREMIER BANK        UNSECURED       NOT FILED            .00             .00
H&F LAW                   UNSECURED       NOT FILED            .00             .00
HARRIS                    UNSECURED       NOT FILED            .00             .00
IL STATE DISBURSEMENT UN  UNSECURED       NOT FILED            .00             .00
IL STATE DISBURSEMENT UN  UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        2444.81             .00             .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED            .00             .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED            .00             .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED            .00             .00
REGIONAL ACCEPTANCE CO    UNSECURED       NOT FILED            .00             .00
ALL PAYDAY LOANS          UNSECURED         300.00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        14436.28             .00             .00
ILLINOIS LENDING GROUP    UNSECURED         201.52             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,372.00                         1,470.48
TOM VAUGHN                TRUSTEE                                            168.13
DEBTOR REFUND             REFUND                                             138.50

     Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08437 JB WILLIAMS
```

```
-------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    3,060.00

PRIORITY                                            .00
SECURED                                          971.44
     INTEREST                                    311.45
UNSECURED                                           .00
ADMINISTRATIVE                                 1,470.48
TRUSTEE COMPENSATION                             168.13
DEBTOR REFUND                                    138.50
                         ---------------    ---------------
TOTALS                     3,060.00            3,060.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 04/23/08       _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                             PAGE   2
        CASE NO. 06 B 08437 JB WILLIAMS